IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MANASEK AUTO PARTS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08-CV-305 DRH |
| | ) | |
| **CHAMPION LABORATORIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge William D. Stiehl. All further documents filed in this matter shall bear case number 08-CV-305 WDS.

**IT IS SO ORDERED**.

DATED: This  24th  day of April, 2008.

/s/    David R Herndon

CHIEF JUDGE
UNITED STATES DISTRICT COURT

Case 1:08-cv-04793 Document 3 Filed 04/25/2008 Page 2 of 2