IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>             Plaintiff,<br><br>             v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.<br><br>             Defendants. | Case No. 3:08-cv-00305-WDS-CJP |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Manasek Auto Parts, Inc. d/b/a UnderCar Warehouse, hereby states that it has no parent corporation and no publicly held corporation owning more than 10% of its stock.

Dated: April 25, 2008

Respectfully submitted,

CAREY & DANIS, LLC

James J. Rosemergy
Michael J. Flannery
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905

Simon B. Paris, Esquire
Patrick Howard, Esquire
**SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market St.
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999

Donald L. Perelman, Esquire
Roberta D. Liebenberg, Esquire
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street
28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

Michael J. Boni, Esquire
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0201
Fax: (610) 822-0206

Joseph Goldberg, Esquire
**FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, P.A.**
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
Telephone: (505) 842-9960
Fax: (505) 842-0761

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated.*