### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MANASEK AUTO PARTS, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 08-305-WDS |
| **CHAMPION LABORATORIES, INC.,** | ) |
| Defendant. | ) |

### O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: April 28, 2008.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Cause No. 08-305-GPM.