OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT</u>　　District of　　ILLINOIS

MANASEK AUTO PARTS, INC., d/b/a
UNDERCAR WAREHOUSE, on behalf
Of itself and all others similarly situated
　　　　V.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES, INC., et al.,

CASE NUMBER:　08-305-DRH

TO: (Name and address of Defendant)

Honeywell International, Inc.
101 Columbia Road
Morristown, New Jersey 07962

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis, L.L.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within　20　days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK　NORBERT G. JAWORSKI　　　DATE　4/25/08

By: _Tamra Baugh_
　　Deputy Clerk

55673.1

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: MAY 5, 2008 |
| NAME OF SERVER (PRINT): HOWARD APPEL | TITLE: CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DAVID HOIRIS - ESQ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-6-08
             Date                    Signature of Server

                                     Summit N.J.
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Illinois

Case Number: 08-305-DRH

Plaintiff:
**MANASEK AUTO PARTS, INC., D/B/A UNDERCAR WAREHOUSE,**

vs.

Defendant:
**CHAMPION LABORATORIES, INC., ET AL**

For:
James Rosemergy
CAREY & DANIS, L.L.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Received by STATEWIDE SUBPOENA SERVICE to be served on **HONEYWELL INTERNATIONAL INC., 101 COLUMBIA ROAD, MORRISTOWN, NJ 07962.**

I, Howard Appel (Constable), do hereby affirm that on the **5th day of May, 2008** at **11:45 am, I:**

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to DAVID HOIRIIS as ATTORNEY of the within named corporation.

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

Howard Appel (Constable)
PROCESS SERVER

STATEWIDE SUBPOENA SERVICE
1253 Springfield Avenue
Suite 210
New Providence, NJ 07974-1935
(800) 637-2962
Our Job Serial Number: 2008000617

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f