OAO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT</u>        District of        ILLINOIS

MANASEK AUTO PARTS, INC., d/b/a
UNDERCAR WAREHOUSE, on behalf
Of itself and all others similarly situated
V.

CHAMPION LABORATORIES, INC., et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   08-305-DRH

TO: (Name and address of Defendant)

Champion Laboratories, Inc.
200 S. Fourth Street
Albion, Illinois 62806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis, L.L.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within   20            days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

CLERK        NORBERT G. JAWORSKI        DATE        4/25/08

By: Tamara Baugh
Deputy Clerk

55673.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 5/12/08 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) John Poulson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corp. – Registered Agent  208 S. La Salle St. Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 7 | SERVICES Process Service | TOTAL _____ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08
_____ Date

_____ Signature of Server

6940 N. Ashland, Chicago, IL 60626
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.