OAO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT    District of    ILLINOIS

MANASEK AUTO PARTS, INC., d/b/a
UNDERCAR WAREHOUSE, on behalf
Of itself and all others similarly situated
V.

CHAMPION LABORATORIES, INC., et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08-305-DRH

TO: (Name and address of Defendant)

Bosch U.S.A.
2800 S. 25th Avenue
Broadview, Illinois 60155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis, L.L.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within  20  days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI

CLERK

By: Tamie Bauch
Deputy Clerk

DATE  4/25/08

55673.1

AO 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-15-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Tom Cass | Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:  2800 S 25th Ave
Broadview IL 60155

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

☐ Returned unexecuted:  _____

☐ Other (specify):  _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Civil Process | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-15-08                 Tom Cass
              *Date*                *Signature of Server*

125 Newport Dr. Bolingbrook IL 60440
*Address of Server*

**⊕ BOSCH**

**Luke Baer**

Senior Vice President
General Counsel & Secretary

luke.baer@us.bosch.com

Robert Bosch Corporation
2800 South 25th Avenue
Broadview, IL 60155-4594
Telephone  708-865-5257
Facsimile   708-786-3673
Cell         708-668-2688

Procedure.