OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT                District of                ILLINOIS

MANASEK AUTO PARTS, INC., d/b/a
UNDERCAR WAREHOUSE, on behalf
Of itself and all others similarly situated
V.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES, INC., et al.,

CASE NUMBER:   08-305-DRH

TO: (Name and address of Defendant)

The Donaldson Company
1400 W. 94th Street
Minneapolis, Minnesota 55431

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis, L.L.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI

CLERK                                                                                DATE   4/25/08

By: [signature] Tamm Baugh
    Deputy Clerk

55673.1

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/12/08 |
| NAME OF SERVER (PRINT) Kathy Hope | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT Corp. 100 S 5TH ST. #1075 Minneapolis MN 55402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/12/08        *Kathy Hope*
            Date             Signature of Server

3200 21ST ST, Minneapolis MN 55405
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.