IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of iteself and all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., )<br><br>Defendants. ) | No. 08-305-DRH |

## NOTICE OF APPEARANCE

Comes now the lawfirm, Donovan, Rose, Nester & Joley, P.C., and hereby enters its appearance in behalf of the defendant, Cummins Filtration Inc.

BY   /S/MICHAEL J. NESTER
MICHAEL J. NESTER, #02037211
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, Illinois 62220
(618) 235-2020
mnester@ilmoattorneys.com

Of Counsel:

Francis P. Barron
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)

ATTORNEYS FOR DEFENDANT,
CUMMINS FILTRATION INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 22, 2008, I electronically filed NOTICE OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
314-725-7700
314-721-0905 (fax)
jrosemergy@careydanis.com
**Attorney for Plaintiff**

 

        Respectfully submitted,

      BY  /S/MICHAEL J. NESTER
        MICHAEL J. NESTER, #02037211
        Donovan, Rose, Nester & Joley, P.C.
        8 East Washington Street
        Belleville, Illinois  62220
        (618) 235-2020 (phone)
        (618) 235-9632 (fax)
        mnester@ilmoattorneys.com

      Of Counsel:

      Francis P. Barron
      Michael A. Paskin
      Cravath, Swaine & Moore LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019-7475
      212-474-1000
      212-474-3700 (fax)

      ATTORNEYS FOR DEFENDANT,
      CUMMINS FILTRATION INC.