IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of iteself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>Defendants. | No. 08-305-DRH |

## NOTICE OF EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant Cummins Filtration Inc. respectfully advises the Court that it has requested and obtained a thirty (30) day extension of time, to and including June 21, 2008, within which to file its responsive pleading with reference to the above-styled case. Counsel for plaintiff, Manasek Auto Parts, Inc., d/b/a Undercar Warehouse, has consented to said extension. Defendant has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

Dated: May 22, 2008

BY /S/MICHAEL J. NESTER
MICHAEL J. NESTER, #02037211
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, Illinois 62220
(618) 235-2020
mnester@ilmoattorneys.com

Of Counsel:

Francis P. Barron
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)

ATTORNEYS FOR DEFENDANT,
CUMMINS FILTRATION INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
314-725-7700
314-721-0905 (fax)
jrosemergy@careydanis.com
**Attorney for Plaintiff**

                                        Respectfully submitted,

                                        BY  /S/MICHAEL J. NESTER
                                              MICHAEL J. NESTER, #02037211
                                              Donovan, Rose, Nester & Joley, P.C.
                                              8 East Washington Street
                                              Belleville, Illinois  62220
                                              (618) 235-2020 (phone)
                                              (618) 235-9632 (fax)
                                              mnester@ilmoattorneys.com

                                        Of Counsel:

                                        Francis P. Barron
                                        Michael A. Paskin
                                        Cravath, Swaine & Moore LLP
                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        New York, NY 10019-7475
                                        212-474-1000
                                        212-474-3700 (fax)

                                        ATTORNEYS FOR DEFENDANT,
                                        CUMMINS FILTRATION INC.