IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of iteself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08-305-DRH |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins Filtration Inc. hereby states that Cummins Inc. is its parent corporation and owns more than 10% of its stock.

    BY  /S/MICHAEL J. NESTER
         MICHAEL J. NESTER, #02037211
         Donovan, Rose, Nester & Joley, P.C.
         8 East Washington Street
         Belleville, Illinois 62220
         (618) 235-2020
         mnester@ilmoattorneys.com

         Of Counsel:

         Francis P. Barron
         Michael A. Paskin
         Cravath, Swaine & Moore LLP
         Worldwide Plaza
         825 Eighth Avenue
         New York, NY 10019-7475
         212-474-1000
         212-474-3700 (fax)

         ATTORNEYS FOR DEFENDANT,
         CUMMINS FILTRATION INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed CORPORATE DISCLOSURE STATEMENT with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
314-725-7700
314-721-0905 (fax)
jrosemergy@careydanis.com
**Attorney for Plaintiff**

    Respectfully submitted,

    BY   /S/MICHAEL J. NESTER
        MICHAEL J. NESTER, #02037211
        Donovan, Rose, Nester & Joley, P.C.
        8 East Washington Street
        Belleville, Illinois  62220
        (618) 235-2020 (phone)
        (618) 235-9632 (fax)
        mnester@ilmoattorneys.com

    Of Counsel:

    Francis P. Barron
    Michael A. Paskin
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019-7475
    212-474-1000
    212-474-3700 (fax)

    ATTORNEYS FOR DEFENDANT,
    CUMMINS FILTRATION INC.