AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  5/19/08 |
| NAME OF SERVER (PRINT)  Linda Vande-Veele | TITLE  co-owner (vice president) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mann + Hammel, USA, Inc  269-329-3903
6400 S Sprinkle Road Portage, MI. (Julie Mayniers - exec. asst)  12:25 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  Service of Summons  08-305-DRH | TOTAL  $140.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-08
Date

Signature of Server

1580 Barney Road Kalamazoo, MI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.