**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MANASEK AUTO PARTS, INC. d/b/a/ UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | Case No.  08-cv-0305<br><br>Honorable G. Patrick Murphy |

**NOTICE OF APPEARANCE**

The law firm of Latham & Watkins LLP hereby enters its appearance in this case

for defendant Champion Laboratories, Inc.

Dated: May 27, 2008                              Respectfully submitted,

By:    /s/ B. John Casey
       B. John Casey (Bar No. 6273464)
       LATHAM & WATKINS LLP
       233 South Wacker Drive
       Sears Tower, Suite 5800
       Chicago, Illinois 60606
       Telephone: (312) 876-7700
       Facsimile (312) 993-9767
       Email: john.casey@lw.com

Of Counsel:                                      Attorneys for Defendant
Margaret M. Zwisler                              Champion Laboratories, Inc.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: margaret.zwisler@lw.com

CERTIFICATE OF SERVICE


I, B. John Casey, hereby certify that on May 27, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, Pennsylvania 19103

Donald L. Perelman
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102


/s/ B. John Casey
B. John Casey