**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MANASEK AUTO PARTS, INC. d/b/a/ UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-0305<br><br>Honorable G. Patrick Murphy |

**CHAMPION LABORATORIES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: May 27, 2008

Respectfully submitted,

By: /s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

Of Counsel:
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: margaret.zwisler@lw.com

Attorneys for Defendant
Champion Laboratories, Inc.

CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on May 27, 2008, I electronically filed the foregoing Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the paper have also been sent by First Class United States Mail to:

>Simon B. Paris
>SALTZ MONGELUZZI BARRETT & BENDESKY P.C.
>One Liberty Place, 52nd Floor
>1650 Market Street
>Philadelphia, Pennsylvania 19103

>Donald L. Perelman
>FINE, KAPLAN AND BLACK, R.P.C.
>1835 Market Street, 28th Floor
>Philadelphia, Pennsylvania 19103

>Michael J. Boni
>BONI & ZACK LLC
>15 St. Asaphs Road
>Bala Cynwyd, Pennsylvania 19004

>Joseph Goldberg
>FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA
>20 First Plaza, Suite 700
>Albuquerque, New Mexico 87102

/s/ B. John Casey
B. John Casey