IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC. d/b/a/ UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>        Defendants. | Case No. 08-cv-0305<br><br>Honorable G. Patrick Murphy |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Defendant Champion Laboratories, Inc. ("Champion") hereby moves the Court, with the agreement of Plaintiff Manasek Auto Parts, Inc. d/b/a/ Undercar Warehouse ("Plaintiff"), pursuant to the Federal Rules of Civil Procedure, for an order enlarging the time for Champion to respond to the complaint in this action for thirty (30) days. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

       1.    On April 23, 2008, plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, plaintiffs have filed at least twenty-eight similar complaints in federal district courts throughout the United States. All of these complaints also allege federal and/or state antitrust claims against Champion and are styled as putative class actions.

3. Currently three separate motions are pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the complaint for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of Plaintiff's allegations, Champion hereby moves, with the Plaintiff's consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. Counsel for Champion conferred with counsel for Plaintiff prior to filing this motion and was advised that Plaintiff consents to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

**WHEREFORE DEFENDANT CHAMPION PRAYS:**

1. That this Honorable Court enter the attached order granting an extension of time until July 2, 2008 to respond to Plaintiff's complaint; and

2. That this Honorable Court grant any other relief it deems just.

Dated: May 27, 2008                    Respectfully submitted,

                                     By:    /s/ B. John Casey

                                              B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

Of Counsel:

                Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: margaret.zwisler@lw.com

Attorneys for Defendant
Champion Laboratories, Inc.

CERTIFICATE OF SERVICE

       I, B. John Casey, hereby certify that on May 27, 2008, I electronically filed the foregoing Agreed Motion For Extension Of Time To Respond To The Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached motion have also been sent by First Class United States Mail to:

    Simon B. Paris
    SALTZ MONGELUZZI BARRETT & BENDESKY P.C.
    One Liberty Place, 52nd Floor
    1650 Market Street
    Philadelphia, Pennsylvania 19103

    Donald L. Perelman
    FINE, KAPLAN AND BLACK, R.P.C.
    1835 Market Street, 28th Floor
    Philadelphia, Pennsylvania 19103

    Michael J. Boni
    BONI & ZACK LLC
    15 St. Asaphs Road
    Bala Cynwyd, Pennsylvania 19004

    Joseph Goldberg
    FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA
    20 First Plaza, Suite 700
    Albuquerque, New Mexico 87102

                                           /s/ B. John Casey
                                           B. John Casey