IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08-305-DRH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated: May 27, 2008

Respectfully submitted,

/s/ Craig T. Boggs
Craig T. Boggs
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
cboggs@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to the following:

    Mr. James J. Rosemergy
    CAREY & DANIS LLC
    8235 Forsyth Boulevard, Suite 1100
    St. Louis, MO 63105-3786
    *Attorney for Plaintiff*

    Mr. Michael J. Nester
    DONOVAN, ROSE, NESTER & JOLEY, P.C.
    8 E. Washington Street
    Belleville, IL 62220
    *Attorney for Defendant Cummins Filtration Inc.*

                                      /s/ Craig T. Boggs
                                      Craig T. Boggs
                                      PERKINS COIE LLP
                                      131 S. Dearborn Street, Suite 1700
                                      Chicago, IL 60603
                                      (312) 324-8400
                                      cboggs@perkinscoie.com

                                      *Counsel for Defendant Honeywell International Inc.*