IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-305-DRH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant Honeywell International Inc. ("Honeywell") respectfully advises this Court that it has requested and obtained a thirty (30) day extension of time, to and including June 26, 2008, within which to answer or otherwise plead to Plaintiff Manasek Auto Parts, Inc., d/b/a Undercar Warehouse's ("Plaintiff") Complaint in the above-captioned case. Counsel for Plaintiff has consented to this extension. Honeywell has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

Dated: May 27, 2008

Respectfully submitted,

/s/ Craig T. Boggs
Craig T. Boggs
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
cboggs@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 27, 2008, I electronically filed the foregoing NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD with the Clerk using the CM/ECF system which will send notification of such filing to the following:

    Mr. James J. Rosemergy
    CAREY & DANIS LLC
    8235 Forsyth Boulevard, Suite 1100
    St. Louis, MO  63105-3786
    *Attorney for Plaintiff*

    Mr. Michael J. Nester
    DONOVAN, ROSE, NESTER & JOLEY, P.C.
    8 E. Washington Street
    Belleville, IL  62220
    *Attorney for Defendant Cummins Filtration Inc.*

                                             /s/ Craig T. Boggs
                                             Craig T. Boggs
                                             PERKINS COIE LLP
                                             131 S. Dearborn Street, Suite 1700
                                             Chicago, IL  60603
                                             (312) 324-8400
                                             cboggs@perkinscoie.com

                                             *Counsel for Defendant Honeywell International Inc.*