IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-305-DRH |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("Honeywell") hereby certifies that (1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; and (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Dated:  May 27, 2008

Respectfully submitted,

/s/ Craig T. Boggs
Craig T. Boggs
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
cboggs@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

99999-1362/LEGAL14317969.1

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2008, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk using the CM/ECF system which will send notification of such filing to the following:

    Mr. James J. Rosemergy
    CAREY & DANIS LLC
    8235 Forsyth Boulevard, Suite 1100
    St. Louis, MO 63105-3786
    *Attorney for Plaintiff*

    Mr. Michael J. Nester
    DONOVAN, ROSE, NESTER & JOLEY, P.C.
    8 E. Washington Street
    Belleville, IL 62220
    *Attorney for Defendant Cummins Filtration Inc.*

                                                /s/ Craig T. Boggs
                                                Craig T. Boggs
                                                PERKINS COIE LLP
                                                131 S. Dearborn Street, Suite 1700
                                                Chicago, IL 60603
                                                (312) 324-8400
                                                cboggs@perkinscoie.com

                                                *Counsel for Defendant Honeywell International Inc.*