IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCARE WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>　　　　Defendants. | No. 08-305-DRH |

## NOTICE OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Baldwin Filters, Inc. respectfully advises the Court that it has requested and obtained a thirty (30) day extension of time, to and including June 27, 2008, within which to file its responsive pleading with reference to the above-styled case. Counsel for plaintiff, Manasek Auto Parts, Inc. d/b/a Undercar Warehouse, has consented to said extension. Defendant has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

Dated: May 28, 2008                    Respectfully submitted,


/s/ PATRICK J. AHERN
Patrick J. Ahern, # 6187380
BAKER & MCKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
(312) 861-8000
patrick.j.ahern@bakernet.com

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476
(212) 310-1637
darrell.prescott@bakernet.com

Counsel for Defendant,
Baldwin Filters, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing **Notice for Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to the following by operation of the CM/ECF electronic filing system:

Mr. James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
(314) 725-7700 (phone)
(314) 721-0905 (fax)
jrosemergy@careydanis.com
Counsel for Plaintiff

          Respectfully submitted,

          BY  /s/ PATRICK J. AHERN
              Patrick J. Ahern
              BAKER & MCKENZIE LLP
              One Prudential Plaza, Suite 3500
              130 East Randolph Drive
              Chicago, IL  60601
              (312) 861-3735 (phone)
              (312) 861-2899 (fax)
              patrick.j.ahern@bakernet.com

              Darrell Prescott
              BAKER & MCKENZIE LLP
              1114 Avenue of the Americas
              New York, New York 10036
              (212) 626-4476 (phone)
              (212) 310-1637 (fax)
              darrell.prescott@bakernet.com

              Counsel for Defendant,
              Baldwin Filters, Inc.