IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCARE WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     No. 08-305-GPM<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

NOW COMES Robert H. Shultz, Jr. of the law firm HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance on behalf of defendant, DONALDSON COMPANY, INC. in this matter.

Dated: May 30, 2008       By:  /s/ Robert H. Shultz, Jr.
                               HEYL, ROYSTER, VOELKER & ALLEN
                               Robert H. Shultz, Jr. - #03122739
                               105 West Vandalia Street, Suite 100
                               Edwardsville, Illinois 62025
                               Telephone: (618) 656-4646

**PROOF OF SERVICE**

The undersigned certifies that on **May 30, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com
**Craig T. Boggs** - cboggs@perkinscoi.com
**Michael J. Nester** - mnester@ilmoattorneys.com
**Patrick John Ahern** - patrick.j.ahern@bakernet.com

        /s/ Robert H. Shultz, Jr.
        HEYL, ROYSTER, VOELKER & ALLEN