IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANASEK AUTO PARTS, INC., d/b/a | ) | |
| UNDERCARE WAREHOUSE, on behalf of | ) | |
| itself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08-305-GPM |
| | ) | |
| CHAMPION LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, DONALDSON COMPANY, INC., hereby discloses, pursuant to Federal Rule

of Civil Procedure 7.1, that it has no parent company and that no publicly held corporation owns

10% or more of Donaldson Company, Inc.'s stock.

Dated: May 30, 2008          By:  /s/ Robert H. Shultz, Jr.
                                  HEYL, ROYSTER, VOELKER & ALLEN
                                  Robert H. Shultz, Jr. - #03122739
                                  105 West Vandalia Street, Suite 100
                                  Edwardsville, Illinois 62025
                                  Telephone: (618) 656-4646

## PROOF OF SERVICE

The undersigned certifies that on **May 30, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com
**Craig T. Boggs** - cboggs@perkinscoi.com
**Michael J. Nester** - mnester@ilmoattorneys.com
**Patrick John Ahern** - patrick.j.ahern@bakernet.com


 /s/ Robert H. Shultz, Jr.
 HEYL, ROYSTER, VOELKER & ALLEN