### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and others similarly situation )<br><br>Plaintiff, )<br><br>v. )<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., )<br><br>Defendants ) | 3:08-cv-00305-GPM-CJP |

**CONSENT MOTION FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant ArvinMeritor, Inc. respectfully advises the Court that it has requested and obtained a thirty (30) day extension of time, to and including July 2, 2008, in which to file its responsive pleading in the above-captioned case.  Counsel for plaintiff Manasek Auto Parts, Inc., d/b/a Undercar Warehouse, has consented to this extension. Defendant has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

2

Dated: June 2, 2008                                      Respectfully submitted,


/s/ Russell K. Scott
Russell K. Scott
Illinois Bar No. 02533642
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: (618) 257-7308
Facsimile: (618) 257-7308
rks@greensfelder.com

Of counsel:

Peter J. Kadzik
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201
kadzikp@dicksteinshapiro.com

Counsel for Defendant
ArvinMeritor, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I caused the foregoing to be filed with the Clerk using the Electronic Court Filing system, which will send notification of such filings to the following:

- **Patrick John Ahern**
  patrick.j.ahern@bakernet.com

- **Craig T. Boggs**
  cboggs@perkinscoi.com

- **B. John Casey**
  john.casey@lw.com,chefiling@lw.com,jennifer.giordano@lw.com

- **Michael J. Nester**
  mnester@ilmoattorneys.com

- **James J. Rosemergy**
  jrosemergy@careydanis.com

- **Robert H. Shultz , Jr**
  rshultz@hrva.com,edwecf@hrva.com

    /s/ Russell K. Scott
    Russell K. Scott
    Federal Bar No.
    GREENSFELDER, HEMKER & GALE, P.C.
    12 Wolf Creek Drive, Suite 100
    Belleville, Illinois 62226
    Telephone: (618) 257-7308
    Facsimile: (618) 257-7308
    rks@greensfelder.com