IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR INC.,<br><br>Defendants. | Case No. 08-305-GPM-CJP |

## ENTRY OF APPEARANCE

NOW COMES Todd Cochran of the law firm of Crowell & Moring LLP, and hereby enters his appearance on behalf of Defendant Purolator Filters N.A. L.L.C. and Robert Bosch LLC.[1]

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

Dated:  June 3, 2008                              Respectfully submitted,


                                                  /s/ Todd J. Cochran
                                                  Todd J. Cochran (Bar No. 6276435)
                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Avenue, NW
                                                  Washington, D.C. 20004
                                                  Tel:   (202) 624-2500
                                                  Fax:   (202) 628-5116

                                                  *Attorney for Purolator Filters N.A. L.L.C.
                                                  & Robert Bosch LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 3, 2008, a true and correct copy of the foregoing "Entry of Appearance" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

               /s/ Todd J. Cochran
               Todd J. Cochran