IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR INC.,<br><br>Defendants. | Case No. 08-305-GPM-CJP |

**PUROLATOR FILTERS N.A. L.L.C.'S AND
ROBERT BOSCH LLC'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] (together, "Defendants") respectfully advise the Court that they have requested and obtained a thirty (30) day extension of time, until and through July 7, 2008, within which to file responsive pleadings to Plaintiff's complaint. Counsel for plaintiff has consented to this extension of time. Defendants have not filed any other motions for extension of time in which to file responsive pleadings in this action.

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

Dated: June 3, 2008               Respectfully submitted,


                                  /s/ Todd J. Cochran
                                  Todd J. Cochran (Bar No. 6276435)
                                  Daniel Sasse
                                  Jerome A. Murphy
                                  John L. Cuddihy
                                  CROWELL & MORING LLP
                                  1001 Pennsylvania Avenue, NW
                                  Washington, D.C. 20004
                                  Tel:   (202) 624-2500
                                  Fax:   (202) 628-5116

                                  *Attorneys for Purolator Filters N.A. L.L.C.
                                  & Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008, a true and correct copy of the foregoing "Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Todd J. Cochran
Todd J. Cochran