## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-305-DRH |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Murphy<br><br>Magistrate Proud |
| Defendants. | ) | |

### NOTICE OF EXTENSION
### OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Mann + Hummel U.S.A., Inc. respectfully advises the Court that it has requested and obtained a 30-day extension of time, to and including July 9, 2008, within which to file its responsive pleading in the above-styled case. Counsel for plaintiff, Manasek Auto Parts, Inc. d/b/a Undercar Warehouse, has consented to said extension. Mann + Hummel U.S.A., Inc. has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

Dated: June 6, 2008                                Respectfully Submitted,

                                                                MANN + HUMMEL U.S.A., INC.

                                                                By:     /s/ Kristin L. Lingren

| | |
|---|---|
| Kristin L. Lingren (No. 6237562) | Alan Kanzer |
| Mandell Menkes LLC | Alston & Bird LLP |
| 333 West Wacker Drive, Suite 300 | 90 Park Ave. |
| Chicago, Illinois 60606 | New York, New York  10016 |
| (312) 251-1000 | (212) 210-9480 |

## CERTIFICATE OF SERVICE

      This is to certify that I have served a true and correct copy of the foregoing Defendant Mann + Hummel U.S.A., Inc.'s *Notice of Extension of Time to Answer or Otherwise Plead* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri 63105-3786<br>Attorney for Plaintiff<br>Via ECF | Craig T. Boggs<br>Perkins Coie<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>Attorney for Defendant Honeywell<br>International, Inc.<br>Via ECF |
| B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois 60606<br>Attorney for Defendant Champion<br>Laboratories, Inc.<br>Via ECF | Michael J. Nester<br>Donovan, Rose, Nester & Joley, P.C.<br>8 East Washington Street<br>Belleville, Illinois 62220<br>Attorney for Defendant Cummins Filtration Inc.<br>Via ECF |
| Robert H. Shultz, Jr.<br>Heyl Royster Voelker & Allen<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, Illinois 62025<br>Attorney for The Donaldson Company<br>Via ECF | Patrick John Ahern<br>Baker & McKenzie<br>130 East Randolph Drive, 35th Floor<br>One Prudential Plaza<br>Chicago, Illinois 60601<br>Attorney for Baldwin Filters Inc.<br>Via ECF |
| Russell K. Scott<br>Greensfelder, Hemker et al. - Swansea<br>12 Wolf Creek Drive<br>Suite 100<br>Swansea, IL 62226<br>Attorney for Arvinmeritor, Inc.<br>Via ECF | Todd J. Cochran<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 2005<br>Attorney for Purolator Filters N.A. L.L.C.<br>Via ECF |

as set forth above this 6th day of June, 2008.

                                                           /s/ Kristin L. Lingren

#170181.1