IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 08-305-DRH<br>)<br>)　　Judge Murphy<br>)<br>)　　Magistrate Proud<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
STATEMENT UNDER FED. R. CIV. P. 7.1**

　　　　Pursuant to Fed. R. Civ. P. 7.1, Mann + Hummel U.S.A., Inc. hereby states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation.  No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

Dated:  June 6, 2008　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　MANN + HUMMEL U.S.A., INC.

　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Kristin L. Lingren

| | |
|---|---|
| Kristin L. Lingren (No. 6237562)<br>Mandell Menkes LLC<br>333 West Wacker Drive, Suite 300<br>Chicago, Illinois 60606<br>(312) 251-1000 | Alan Kanzer<br>Alston & Bird LLP<br>90 Park Ave.<br>New York, New York  10016<br>(212) 210-9480 |

## **CERTIFICATE OF SERVICE**

   This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Statement Under Fed. R. Civ. P. 7.1* on:

James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri  63105-3786
Attorney for Plaintiff
Via ECF

Craig T. Boggs
Perkins Coie
131 South Dearborn Street, Suite 1700
Chicago, Illinois  60603-5559
Attorney for Defendant Honeywell International, Inc.
Via ECF

B. John Casey
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois  60606
Attorney for Defendant Champion Laboratories, Inc.
Via ECF

Michael J. Nester
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, Illinois  62220
Attorney for Defendant Cummins Filtration Inc.
Via ECF

Robert H. Shultz, Jr.
Heyl Royster Voelker & Allen
103 West Vandalia Street
P.O. Box 467
Edwardsville, Illinois  62025
Attorney for The Donaldson Company
Via ECF

Patrick John Ahern
Baker & McKenzie
130 East Randolph Drive, 35th Floor
One Prudential Plaza
Chicago, Illinois  60601
Attorney for Baldwin Filters Inc.
Via ECF

Russell K. Scott
Greensfelder, Hemker et al. - Swansea
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
Attorney for Arvinmeritor, Inc.
Via ECF

Todd J. Cochran
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 2005
Attorney for Purolator Filters N.A. L.L.C.
Via ECF

as set forth above this 6th day of June, 2008.

                  /s/ Kristin L. Lingren