### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08-305-DRH |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY;  BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Murphy

Magistrate Proud |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

To the clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**MANN + HUMMEL U.S.A., INC.**

Dated: June 6, 2008                                    By:      /s/ Kristin L. Lingren

                                              ARDC No. 6237562
                                              MANDELL MENKES LLC
                                              333 W. Wacker Drive, Suite 300
                                              Chicago, Illinois 60606
                                              Phone:  (312) 251-1000
                                              Fax:     (312) 251-1010
                                              klingren@mandellmenkes.com

#170310.1

*Of Counsel:*

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York  10016
Tel: (212) 210-9480

#170310.1

**CERTIFICATE OF SERVICE**

  This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Entry of Appearance for Kristin L. Lingren* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri  63105-3786<br>Attorney for Plaintiff<br>Via ECF | Craig T. Boggs<br>Perkins Coie<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois  60603-5559<br>Attorney for Defendant Honeywell International, Inc.<br>Via ECF |
| B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois  60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF | Michael J. Nester<br>Donovan, Rose, Nester & Joley, P.C.<br>8 East Washington Street<br>Belleville, Illinois  62220<br>Attorney for Defendant Cummins Filtration Inc.<br>Via ECF |
| Robert H. Shultz, Jr.<br>Heyl Royster Voelker & Allen<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, Illinois  62025<br>Attorney for The Donaldson Company<br>Via ECF | Patrick John Ahern<br>Baker & McKenzie<br>130 East Randolph Drive, 35th Floor<br>One Prudential Plaza<br>Chicago, Illinois  60601<br>Attorney for Baldwin Filters Inc.<br>Via ECF |
| Russell K. Scott<br>Greensfelder, Hemker et al. - Swansea<br>12 Wolf Creek Drive<br>Suite 100<br>Swansea, IL 62226<br>Attorney for Arvinmeritor, Inc.<br>Via ECF | Todd J. Cochran<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 2005<br>Attorney for Purolator Filters N.A. L.L.C.<br>Via ECF |

as set forth above this 6th day of June, 2008.

                 /s/ Kristin L. Lingren