IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF ERRORS
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 6/10/08                               CASE NAME: Manasek Auto Parts, Inc., v.
                                            Champion Laboratories, Inc., et al.

CASE NO. : 08-305-DRH

DOCUMENT NO.: 38, 39, 40                    DOCUMENT TITLE: Notice of Extension,
                                            Corporate Disclosure Statement, and Entry of
                                            Appearance

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☒ **A Certificate of Service should not be filed as a separate attachment.  Simply add the Certificate of Service to the end of the pleading.**
- ☐ Other:

## ACTION TAKEN BY CLERK'S OFFICE

☒ **Notice of Errors prepared for informational purposes only.**

## ACTION REQUIRED BY FILER

☒ **No further action required by filer as to this document.**

Norbert G. Jaworski
Clerk of Court

By: Cheryl A. Ritter, Deputy Clerk