IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.,<br><br>        Defendants. | Case No. 08-305-DRH |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated: June 18, 2008

Respectfully submitted,

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

49208-0069/LEGAL14390724.1

## CERTIFICATE OF SERVICE

     I hereby certify that on May 27, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*