IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**NOTICE OF ERRORS AND/OR DEFICIENCIES**
**IN ELECTRONICALLY FILED DOCUMENTS**


DATE: 6/19/08

CASE NO. :08-305-GPM              CASE NAME: Manasek Auto Parts vs Champion Laboratories, Inc

DOCUMENT NO.:42              DOCUMENT TITLE: Notice of Appearance


One of the following errors/deficiencies has been identified in the document listed above:

☒   Certificate of Service is dated incorrectly.  The Certificate of Service date should be the same as the date e-filed.


**ACTION TAKEN BY CLERK'S OFFICE**

☒   Other: Notice of Errors is being sent for informational purposes only.


**ACTION REQUIRED BY FILER**


☒   **NO FURTHER ACTION REQUIRED BY FILER**


                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By:   s/Tamra Baugh
                                              Deputy Clerk