**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MANASEK AUTO PARTS, INC. d/b/a/ UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.,<br><br>        Defendants. | Case No.  08-cv-0305<br><br>Honorable G. Patrick Murphy<br>Magistrate Judge Clifford J. Proud |

**JOINT MOTION FOR ENTRY OF STIPULATION
AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., "Bosch U.S.A.,"[1] Mann + Hummel U.S.A.,

---

[1]   Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC. Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this stipulation.

Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants");

At least thirty-seven complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint.

Dated: June 19, 2008

/s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

*Counsel for Defendant Champion Laboratories, Inc.*

/s/ Todd J. Cochran (with consent)
Todd J. Cochran (Bar No. 6276435)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
Email: tcochran@crowell.com

*Counsel for Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

/s/ Patrick M. Collins (with consent)
Patrick M. Collins (Bar No. 6206686)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312-324-8558
Fax: 312-324-9558
Email: pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

Respectfully submitted,

/s/ James J. Rosemergy (with consent)
James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905

Simon B. Paris
Patrick Howard
SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-496-8282
Fax: 215-496-0999

Donald L. Perelman
Roberta D. Liebenberg
FINE KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: 215-567-6565
Fax: 215-568-5872

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwynd, PA 19004
Telephone: 610-822-0201
Fax: 610-822-0206

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 97102
Telephone: 505-842-9960
Fax: 505-842-0761

*Counsel for Plaintiff*

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Products*

/s/ Michael J. Nester (with consent)
Michael J. Nester (Bar No. 02037211)
DONOVAN, ROSE, NESTER &
JOLEY, P.C.
8 East Washington Street
Belleville, IL 62220
Telephone:  618-235-2020
Email: mnester@ilmoattorneys.com

*Counsel for Cummins Filtration Inc.*

/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ Patrick J. Ahern (with consent)
Patrick J. Ahern (Bar No. 6187380)
Karen Sewell
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000
Fax: (312) 861-2899
Email: patrick.j.ahern@bakernet.com

*Counsel for Baldwin Filters Inc.*

4

<u>/s/ Kristin L. Lingren (with consent)</u>
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax: (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

<u>/s/ Russell K. Scott (with consent)</u>
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

**CERTIFICATE OF SERVICE**

    I, B. John Casey, hereby certify that on June 19, 2008, I electronically filed the foregoing Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached motion have also been sent by Federal Express, overnight delivery to:

> Simon B. Paris
> SALTZ MONGELUZZI BARRETT & BENDESKY P.C.
> One Liberty Place, 52nd Floor
> 1650 Market Street
> Philadelphia, Pennsylvania 19103
>
> Donald L. Perelman
> FINE, KAPLAN AND BLACK, R.P.C.
> 1835 Market Street, 28th Floor
> Philadelphia, Pennsylvania 19103
>
> Michael J. Boni
> BONI & ZACK LLC
> 15 St. Asaphs Road
> Bala Cynwyd, Pennsylvania 19004
>
> Joseph Goldberg
> FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA
> 20 First Plaza, Suite 700
> Albuquerque, New Mexico 87102

                                                    /s/ B. John Casey
                                                    B. John Casey