# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANASEK AUTO PARTS, INC. d/b/a/ UNDERCAR WAREHOUSE, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>        Defendants. | Case No.  08-cv-0305-GPM-CJP<br><br>Honorable G. Patrick Murphy<br>Magistrate Judge Clifford J. Proud |

## JOINT MOTION FOR EXTENSION OF TIME
## FOR DEFENDANTS TO RESPOND TO COMPLAINT

All parties hereby respectfully and jointly move this Court to extend the time for all Defendants to answer, move or otherwise respond to the complaint in this matter for 45 days, until September 15, 2008, in light of the transfer motions pending before the Judicial Panel on Multidistrict Litigation, which will be heard on July 31, 2008. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion

Laboratories, Inc., Purolator Filters N.A. L.L.C., "Bosch U.S.A.,"[1] Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants");

At least forty-three complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motions");

The Panel will hear argument on the MDL Motions on July 31, 2008, and the parties agree that the Panel is likely to order transfer and consolidation of the Filters Cases;

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after the Panel issues an order on the MDL Motions and the Filters Cases are assigned to a transferee court;

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in Plaintiff's Action would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to extend the time for all Defendants to answer, move or otherwise respond to the complaint in this matter for 45 days, until September 15, 2008.

---

[1]    Plaintiff named "Bosch U.S.A." as a defendant in this action, but delivered the Summons and Complaint for Bosch U.S.A. to Robert Bosch LLC.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this stipulation.

Dated: July 23, 2008                                                    Respectfully submitted,

/s/ B. John Casey                                                       /s/ James J. Rosemergy (with consent)
B. John Casey (Bar No. 6273464)                                         James J. Rosemergy
LATHAM & WATKINS LLP                                                    Michael J. Flannery
233 South Wacker Drive                                                  CAREY & DANIS, LLC
Sears Tower, Suite 5800                                                 8235 Forsyth, Suite 1100
Chicago, Illinois 60606                                                 St. Louis, MO 63105
Telephone: (312) 876-7700                                               Telephone: 314-725-7700
Facsimile (312) 993-9767                                                Fax: 314-721-0905
Email: john.casey@lw.com

                                                                        Simon B. Paris
*Counsel for Defendant Champion*                                        Patrick Howard
*Laboratories, Inc.*                                                    SALTZ MONGELUZZI BARRETT &
                                                                        BENDESKY, P.C.
/s/ Todd J. Cochran (with consent)                                      One Liberty Place, 52nd Floor
Todd J. Cochran (Bar No. 6276435)                                       1650 Market Street
Daniel Sasse                                                            Philadelphia, PA 19103
Jerome A. Murphy                                                        Telephone: 215-496-8282
John L. Cuddihy                                                         Fax: 215-496-0999
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW                                            Donald L. Perelman
Washington, D.C. 20004                                                  Roberta D. Liebenberg
Telephone: (202) 624-2500                                               FINE KAPLAN AND BLACK, R.P.C.
Fax: (202) 628-5116                                                     1835 Market Street, 28th Floor
Email: tcochran@crowell.com                                             Philadelphia, PA 19103
                                                                        Telephone: 215-567-6565
*Counsel for Purolator Filters N.A. L.L.C.*                             Fax: 215-568-5872
*and Robert Bosch LLC*

                                                                        Michael J. Boni
/s/ Patrick M. Collins (with consent)                                   BONI & ZACK LLC
Patrick M. Collins (Bar No. 6206686)                                    15 St. Asaphs Road
PERKINS COIE LLP                                                        Bala Cynwynd, PA 19004
131 South Dearborn Street, Suite 1700                                   Telephone: 610-822-0201
Chicago, IL 60603                                                       Fax: 610-822-0206
Telephone: 312-324-8558
Fax: 312-324-9558                                                       Joseph Goldberg
Email: pcollins@perkinscoie.com                                         FREEDMAN BOYD HOLLANDER
                                                                        GOLDBERG & IVES, P.A.
*Counsel for Honeywell International Inc.*                              20 First Plaza, Suite 700
                                                                        Albuquerque, New Mexico 97102
                                                                        Telephone: 505-842-9960
                                                                        Fax: 505-842-0761

                                                                        *Counsel for Plaintiff*

3

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Products*

/s/ Michael J. Nester (with consent)
Michael J. Nester (Bar No. 02037211)
DONOVAN, ROSE, NESTER &
JOLEY, P.C.
8 East Washington Street
Belleville, IL 62220
Telephone:  618-235-2020
Email: mnester@ilmoattorneys.com

*Counsel for Cummins Filtration Inc.*

/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ Patrick J. Ahern (with consent)
Patrick J. Ahern (Bar No. 6187380)
Karen Sewell
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000
Fax: (312) 861-2899
Email: patrick.j.ahern@bakernet.com

*Counsel for Baldwin Filters Inc.*

4

/s/ Kristin L. Lingren (with consent)
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax: (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Russell K. Scott (with consent)
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

**CERTIFICATE OF SERVICE**

    I, B. John Casey, hereby certify that on July 23, 2008, I electronically filed the foregoing Joint Motion for Extension of Time for Defendants to Respond to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached motion have also been sent by Federal Express, overnight delivery to:

    Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, Pennsylvania 19103

Donald L. Perelman
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102

    /s/ B. John Casey
    B. John Casey