**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS\**

| | | |
|---|---|---|
| MANASEK AUTO PARTS, INC., d/b/a UNDERCAR WAREHOUSE, on behalf of itself and others similarly situation | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:08-cv-00305-GPM-CJP |
| CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for defendant ArvinMeritor, Inc.

Date:    July 28, 2008

/s/ Laura C. Hayden
Signature
Laura C. Hayden – No. 06286362
Print Name
12 Wolf Creek Drive
Address
Swansea, IL 62226
City, State, Zip Code
618-257-7308
Phone Number
618-257-7353
Fax Number
lch@greensfelder.com
E-Mail Address

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I caused the foregoing to be filed with the Clerk using the Electronic Court Filing system, which will send notification of such filings to the following:

- **Patrick John Ahern**
  patrick.j.ahern@bakernet.com

- **Craig T. Boggs**
  cboggs@perkinscoie.com

- **B. John Casey**
  john.casey@lw.com,chefiling@lw.com,jennifer.giordano@lw.com

- **Todd M. Church**
  tchurch@perkinscoie.com

- **Todd J. Cochran**
  tcochran@crowell.com

- **Patrick Collins**
  pcollins@perkinscoie.com

- **Kristin L. Lingren**
  klingren@mandellmenkes.com

- **Michael J. Nester**
  mnester@ilmoattorneys.com

- **James J. Rosemergy**
  jrosemergy@careydanis.com

- **Robert H. Shultz , Jr**
  rshultz@hrva.com,edwecf@hrva.com

/s/ Laura C. Hayden
Laura C. Hayden

Dated: July 28, 2008