# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08–cv–00305–GPM–CJP

| | |
|---|---|
| Manasek Auto Parts, Inc. v. Champion Laboratories Inc et al | Date Filed: 04/23/2008 |
| Assigned to: Judge G. Patrick Murphy | Date Terminated: 08/25/2008 |
| Referred to: Magistrate Judge Clifford J. Proud | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Manasek Auto Parts, Inc.**　　　　　　　　　　represented by　**James J. Rosemergy**
*on behalf of itself and all others similarly*　　　　　　　　　　　　　　Carey &Danis LLC
*situated*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Generally Admitted
*doing business as*　　　　　　　　　　　　　　　　　　　　　　　　　8235 Forsyth Boulevard
Undercar Warehouse　　　　　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105–3786
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　314–725–7700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 314–721–0905
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jrosemergy@careydanis.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories Inc**　　　　　　　　represented by　**B. John Casey**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Latham &Watkins – Chicago
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Generally Admitted
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5800 Sears Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　312–876–7700
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 312–993–9767
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: john.casey@lw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters N.A. L.L.C.**　　　　　　　represented by　**Todd J. Cochran**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Crowell &Moring LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　202–624–2916
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: tcochran@crowell.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**　　　　　　　represented by　**Patrick Collins**

Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8558
Fax: 312–324–9558
Email: pcollins@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig T. Boggs**
Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8628
Email: cboggs@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Todd M. Church**
Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8635
Fax: 312–324–9635
Email: tchurch@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Products**

**Defendant**

**Cummins Filtration Inc.**                  represented by  **Michael J. Nester**
Donovan, Rose et al.
8 East Washington Street
Belleville, IL 62220
618–235–2020
Email: mnester@ilmoattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Donaldson Company**                   represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. – Edwardsville
Generally Admitted
105 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc.** represented by **Patrick John Ahern**
Baker &McKenzie
130 East Randolph Drive, 35th Floor
One Prudential Plaza
Chicago, IL 60601
312–861–3735
Fax: 312–698–2034
Email: patrick.j.ahern@bakernet.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bosch U.S.A**

**Defendant**

**Mann + Hummel U.S.A., Inc.** represented by **Kristin L. Lingren**
Mandell, Menkes et al.
333 West Wacker Drive
Suite 300
Chicago, IL 60606
312–251–1000
Fax: 312–251–1010
Email: klingren@mandellmenkes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc** represented by **Russell K. Scott**
Greensfelder, Hemker et al. – Swansea
Generally Admitted
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–257–7308
Email: rks@greensfelder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura C. Hayden**
Greensfelder, Hemker et al. – Swansea
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–239–3604
Fax: 618–257–7353
Email: lch@greensfelder.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2008 | Ï 1 | |

| | | |
|---|---|---|
| | | Case Opened. Filing fee paid $ 350.00, Receipt Number 3462500526. Documents may now be electronically filed. Case number 08–305–DRH must be placed on all documents prior to filing them electronically. (Attachments: #1 Notice to Consent by Magistrate Judge)(tkm ) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 2 | COMPLAINT against all defendants (Filing fee $ 350.), filed by Manasek Auto Parts, Inc.. (Attachments: #1 Civil Cover Sheet)(Rosemergy, James) (Entered: 04/23/2008) |
| 04/25/2008 | Ï 3 | ORDER OF RECUSAL. Chief Judge David R Herndon recused. Case reassigned to Judge William D. Stiehl for all further proceedings. Signed by Chief Judge David R Herndon on 4/24/08. (pab ) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 4 | Corporate Disclosure Statement by Manasek Auto Parts, Inc.. (Rosemergy, James) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 5 | Summons Issued as to all defendants(trb) (Entered: 04/25/2008) |
| 04/28/2008 | Ï 6 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge G. Patrick Murphy for all further proceedings. Signed by Judge William D. Stiehl on 04/28/08. (jkb) (Entered: 04/28/2008) |
| 05/07/2008 | Ï 7 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Cummins Filtration Inc. served on 5/2/2008, answer due 5/22/2008. (Rosemergy, James) (Entered: 05/07/2008) |
| 05/12/2008 | Ï 8 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Honeywell International, Inc. served on 5/5/2008, answer due 5/27/2008. (Rosemergy, James) (Entered: 05/12/2008) |
| 05/14/2008 | Ï 9 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Baldwin Filters Inc. served on 5/8/2008, answer due 5/28/2008. (Rosemergy, James) (Entered: 05/14/2008) |
| 05/15/2008 | Ï 10 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Champion Laboratories Inc served on 5/12/2008, answer due 6/2/2008. (Rosemergy, James) (Entered: 05/15/2008) |
| 05/16/2008 | Ï 11 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Arvinmeritor Inc served on 5/12/2008, answer due 6/2/2008. (Rosemergy, James) (Entered: 05/16/2008) |
| 05/19/2008 | Ï 12 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Bosch U.S.A served on 5/15/2008, answer due 6/4/2008. (Rosemergy, James) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 13 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Purolator Filters N.A. L.L.C. served on 5/15/2008, answer due 6/4/2008. (Rosemergy, James) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 14 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. The Donaldson Company served on 5/12/2008, answer due 6/2/2008. (Rosemergy, James) (Entered: 05/19/2008) |
| 05/22/2008 | Ï 15 | NOTICE of Appearance by Michael J. Nester on behalf of Cummins Filtration Inc. (Nester, Michael) (Entered: 05/22/2008) |
| 05/22/2008 | Ï 16 | NOTICE by Cummins Filtration Inc. re 2 Complaint *Notice of Extension of Time to Answer or Otherwise Plead* (Nester, Michael) (Entered: 05/22/2008) |
| 05/22/2008 | Ï 17 | Corporate Disclosure Statement by Cummins Filtration Inc.. (Nester, Michael) (Entered: 05/22/2008) |
| 05/23/2008 | Ï 18 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Mann + Hummel U.S.A., Inc. served on 5/19/2008, answer due 6/9/2008. (Rosemergy, James) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 19 | SUMMONS Returned Executed by Manasek Auto Parts, Inc.. Wix Filtration Products served on 5/19/2008, answer due 6/9/2008. (Rosemergy, James) (Entered: 05/23/2008) |

| | | |
|---|---|---|
| 05/27/2008 | 20 | NOTICE of Appearance by B. John Casey on behalf of Champion Laboratories Inc (Casey, B.) (Entered: 05/27/2008) |
| 05/27/2008 | 21 | Corporate Disclosure Statement by Champion Laboratories Inc. (Casey, B.) (Entered: 05/27/2008) |
| 05/27/2008 | 22 | MOTION for Extension of Time to File Answer re 2 Complaint – *Agreed Motion for Extension of Time to Respond to the Complaint* by Champion Laboratories Inc. (Casey, B.) (Entered: 05/27/2008) |
| 05/27/2008 | 23 | NOTICE of Appearance by Craig T. Boggs on behalf of Honeywell International, Inc. (Boggs, Craig) (Entered: 05/27/2008) |
| 05/27/2008 | 24 | NOTICE by Honeywell International, Inc. *Notice of Extension of Time to Answer or Otherwise Plead* (Boggs, Craig) (Entered: 05/27/2008) |
| 05/27/2008 | 25 | Corporate Disclosure Statement by Honeywell International, Inc.. (Boggs, Craig) (Entered: 05/27/2008) |
| 05/28/2008 | 26 | MOTION for Extension of Time to File Answer re 2 Complaint by Baldwin Filters Inc.. (Ahern, Patrick) (Entered: 05/28/2008) |
| 05/29/2008 | 27 | ORDER re 16 Notice filed by Cummins Filtration Inc. Pursuant to the parties' agreement, Defendant has an extension of time to plead to the complaint, up to and including 6/21/2008. Signed by Judge G. Patrick Murphy on 05/29/2008. (njr) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/29/2008) |
| 05/29/2008 | 28 | ORDER granting 22 Agreed Motion for Extension of Time to Respond to the Complaint filed by Champion Laboratories Inc. Champion Laboratories Inc. shall answer or otherwise plead on or before 7/2/2008. Signed by Judge G. Patrick Murphy on 05/29/2008. (njr) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/29/2008) |
| 05/29/2008 | 29 | ORDER re 24 Notice filed by Honeywell International, Inc. Pursuant to the parties' agreement, Defendant has an extension of time to plead to the complaint, up to and including 6/26/2008. Signed by Judge G. Patrick Murphy on 05/29/2008. (njr) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/29/2008) |
| 05/29/2008 | 30 | ORDER Granting 26 MOTION for Extension of Time to File Answer re 2 Complaint filed by Baldwin Filters Inc. Defendant shall plead or otherwise respond to the complaint on or before 06/27/2008. Signed by Judge G. Patrick Murphy on 05/29/2008. (njr) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/29/2008) |
| 05/30/2008 | 31 | NOTICE of Appearance by Robert H. Shultz, Jr on behalf of The Donaldson Company (Shultz, Robert) (Entered: 05/30/2008) |
| 05/30/2008 | 32 | MOTION for Extension of Time to File Answer by The Donaldson Company. (Shultz, Robert) (Entered: 05/30/2008) |
| 05/30/2008 | 33 | Corporate Disclosure Statement by The Donaldson Company. (Shultz, Robert) (Entered: 05/30/2008) |
| 06/02/2008 | 34 | MOTION for Extension of Time to File Answer re 2 Complaint by Arvinmeritor Inc. (Scott, Russell) (Entered: 06/02/2008) |

| | | |
|---|---|---|
| 06/03/2008 | 35 | NOTICE of Appearance by Todd J. Cochran on behalf of Purolator Filters N.A. L.L.C. (Cochran, Todd) (Entered: 06/03/2008) |
| 06/03/2008 | 36 | Corporate Disclosure Statement by Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 06/03/2008) |
| 06/03/2008 | 37 | MOTION for Extension of Time to File Answer re 2 Complaint by Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 06/03/2008) |
| 06/06/2008 | 38 | NOTICE by Mann + Hummel U.S.A., Inc. *of Extension of Time or Otherwise Plead* (Attachments: # 1 Certificate of Service)(Lingren, Kristin) (Entered: 06/06/2008) |
| 06/06/2008 | 39 | Corporate Disclosure Statement by Mann + Hummel U.S.A., Inc.. (Attachments: # 1 Certificate of Serivce)(Lingren, Kristin) (Entered: 06/06/2008) |
| 06/06/2008 | 40 | NOTICE of Appearance by Kristin L. Lingren on behalf of Mann + Hummel U.S.A., Inc. (Attachments: # 1 Certificate of Service)(Lingren, Kristin) (Entered: 06/06/2008) |
| 06/10/2008 | 41 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 39 Corporate Disclosure Statement, 38 Notice (Other), 40 Notice of Appearance filed by Mann + Hummel U.S.A., Inc. See attached document for specifics (car) (Entered: 06/10/2008) |
| 06/18/2008 | 42 | NOTICE of Appearance by Patrick Collins on behalf of Honeywell International, Inc. (Collins, Patrick) (Entered: 06/18/2008) |
| 06/19/2008 | 43 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 42 Notice of Appearance filed by Honeywell International, Inc.. See attached document for specifics (trb) (Entered: 06/19/2008) |
| 06/19/2008 | 44 | Joint MOTION for Extension of Time to File Answer – *Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint* by Baldwin Filters Inc., Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Manasek Auto Parts, Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company. (Casey, B.) (Entered: 06/19/2008) |
| 06/30/2008 | 45 | ORDER granting The Donaldson Company 32 Motion for Extension of Time to Answer; granting Arvinmeritor, Inc. 34 Motion for Extension of Time to Answer; granting Purolator Filters N.A., L.L.C. 37 Motion for Extension of Time to Answer; granting Baldwin Filters Inc., Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Manasek Auto Parts, Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company 44 Joint Motion for Extension of Time to Answer. Answers are due 7/30/08. Signed by Magistrate Judge Clifford J. Proud on 6/30/08. (amv, )THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/30/2008) |
| 07/23/2008 | 46 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Extension of Time for Defendants to Respond to Complaint* by Baldwin Filters Inc., Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Manasek Auto Parts, Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company. (Casey, B.) (Entered: 07/23/2008) |
| 07/24/2008 | 47 | NOTICE of Appearance by Todd M. Church on behalf of Honeywell International, Inc. (Church, Todd) (Entered: 07/24/2008) |
| 07/25/2008 | 48 | ORDER granting 46 Motion for Extension of Time to Answer. Defendants Baldwin Filters Inc., Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Manasek Auto Parts, Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc. and The Donaldson Company shall file their answers |

| | | |
|---|---|---|
| | | by 9/15/08. Signed by Magistrate Judge Clifford J. Proud on 7/25/08. (amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/25/2008) |
| 07/28/2008 | 49 | NOTICE of Appearance by Laura C. Hayden on behalf of Arvinmeritor Inc (Hayden, Laura) (Entered: 07/28/2008) |
| 08/25/2008 | 50 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of IL, MDL 1957, in re Aftermarket Filters Antitrust Litigation. (Attachments: # 1 Letter from NDIL)(myz) (Entered: 08/25/2008) |
| 08/25/2008 | 51 | Case electronically transferred to the Northern District of IL. (myz) (Entered: 08/25/2008) |